LAWRENCE V. CARRÀ
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

June 24, 2019

VIA ECF

Application granted.

SO ORDERED:

Hon. William H. Pauley III
United States District Court
500 Pearl Street
New York, NY 10037-1312

_____
WILLIAM H. PAULEY III
U.S.D.J.

Re: United States v. Sunita Kumar
    Docket No.: 17-cr-703 (WHP)

June 24, 2019

Dear Hon. Pauley:

Counsel for the defendant, Sunita Kumar, writes, with the consent of the Government, AUSA Christopher J. DiMase, to respectfully request that the Court adjourn the next conference in this matter which is currently scheduled on June 25, 2019 at 3 p.m. be adjourned to Wednesday, August 7, 2019 at 3:30 p.m. Discovery between the parties is ongoing and a possible resolution of the matter may be forthcoming.

Via this application, defense counsel also requests to exclude from the Speedy Trial Act's operation the time between June 25, 2019 through the date selected by the court in the interests of justice. See 18 U.S.C. §3161(h)(7)(A).

Respectfully Submitted,

Lawrence V. Carra'

LVC:ag