**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

August 6, 2019

VIA ECF

Hon. William H. Pauley III
United States District Court
500 Pearl Street
New York, NY 10037-1312

Re: United States v. Sunita Kumar
    Docket No.: 17-cr-703 (WHP)

Dear Hon. Pauley:

Counsel for the defendant, Sunita Kumar, writes, with the consent of the Government, AUSA Christopher J. DiMase, to respectfully request that the Court adjourn the next conference in this matter which is currently scheduled on Wednesday, August 7, 2019 at 3:30 p.m. be adjourned to Wednesday, September 25, 2019 at 3:30 p.m. Discovery between the parties is ongoing and a possible resolution of the matter may be forthcoming. Presently, defense counsel has furnished the Government with materials relating to the alleged loss and the Government analysis is ongoing.

Via this application, defense counsel also requests to exclude from the Speedy Trial Act's operation the time between August 7, 2019 through the date selected by the court in the interests of justice. See 18 U.S.C. §3161(h)(7)(A).

Respectfully Submitted,

Lawrence V. Carra'

LVC:ag