**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

March 30, 2020

VIA ECF

Hon. William H. Pauley III
United States District Court
500 Pearl Street
New York, NY 10037-1312

Re: United States v. Sunita Kumar
    Docket No.: 17-cr-703 (WHP)

Dear Hon. Pauley:

Please be advised that the defendant, Sunita Kumar, has accepted a plea agreement proffered by the United States Attorney's Office regarding the within matter and, as such, a trial in this matter will not be necessary. Please adjourn all trial related deadlines and the trial itself sine die and schedule a plea proceeding at an appropriate time (taking into account the current health crisis).

Via this application, defense counsel also requests to exclude from the Speedy Trial Act's operation the time between March 30, 2020 through the date selected by the Court in the interests of justice. See 18 U.S.C. §3161(h)(7)(A).

Respectfully Submitted,

Lawrence V. Carra

LVC:ag