
**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

May 27, 2020

VIA ECF

Hon. William H. Pauley III
United States District Court
500 Pearl Street
New York, NY 10037-1312

Re: United States v. Sunita Kumar
    Docket No.: 17-cr-703 (WHP)

Dear Hon. Pauley:

Counsel for the defendant, Sunita Kumar, writes, without objection from AUSA Christopher J. DiMase, to respectfully request that the Court adjourn the presently scheduled Skpe Plea Hearing which is currently scheduled on Thursday, May 28, 2020 at 2:00 p.m. be adjourned for a period of 30 days to allow for an in Court Plea Hearing.

Via this application, defense counsel also requests to exclude from the Speedy Trial Act's operation the time between May 28, 2020 through the date selected by the court in the interests of justice. See 18 U.S.C. §3161(h)(7)(A).

Respectfully Submitted,

Lawrence V. Carra'

LVC:ag

---

Application granted. Change of plea conference adjourned to June 25, 2020 at 11:30 a.m. Time excluded in the interest of justice.
SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

May 27, 2020