**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

June 3, 2020

VIA ECF

Hon. William H. Pauley III
United States District Court
500 Pearl Street
New York, NY 10037-1312

Re: United States v. Sunita Kumar
    Docket No.: 17-cr-703 (WHP)

Dear Hon. Pauley:

Counsel for the defendant, Sunita Kumar, writes, without objection from AUSA Christopher J. DiMase, to respectfully request that the Court schedule the previously adjourned Plea Hearing for July 1, 2020 at 2:30 p.m.

Via this application, defense counsel also requests to exclude from the Speedy Trial Act's operation the time between May 28, 2020 through July 1, 2020 in the interests of justice. See 18 U.S.C. §3161(h)(7)(A).

Respectfully Submitted,

Lawrence V. Carra'

LVC:ag