UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

           -against-                    :            17 Cr. 703 (WHP)

Sunita Kumar,                                :            ORDER
                Defendant.    :
--------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Monday, June 29, 2020 at 3:00 p.m.

regarding defendant's change of counsel.  The dial-in number is 888-363-4749, passcode

3070580.


Dated: New York, New York
       June 25, 2020


                    SO ORDERED:


                 _____
                    WILLIAM H. PAULEY III
                     U.S.D.J.