# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner<br>Edward V. Sapone, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate<br>Michael Vitaliano, Esq., Associate |
| <u>MANHATTAN</u><br>40 Fulton Street, 23rd Floor<br>New York, New York 10038<br>Telephone: (212) 349-9000<br>Facsimile: (347) 408-0492<br>E-mail: ed@saponepetrillo.com | <u>LONG ISLAND</u><br>1103 Stewart Avenue, Suite 200<br>Garden City, New York 11530<br>Telephone: (516) 678-2800<br>Facsimile: (516) 977-1977<br>E-mail: william@saponepetrillo.com |

September 16, 2020

Hon. William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Sunita Kumar*
<u>Docket No.: 17-CR-703</u>

Dear Judge Pauley:

    I am retained counsel to defendant Sunita Kumar. I write in follow-up to my September 14, 2020 letter. It is my understanding that the Court prefers to adjourn Ms. Kumar's case to a date in November. Having conferred with the government, the parties consent to adjourning the case to any date in November convenient for the Court.

    Ms. Kumar asks that the Court exclude the time between today and any date set by the Court in November from the speedy trial clock.

    The Court's consideration is greatly appreciated.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone

Cc: AUSA Christopher DiMase, Esq.

Application granted.  Conference adjourned to November 23, 2020 at 11:00 a.m.  Time excluded in the interest of justice until November 23, 2020.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

September 16, 2020