# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |

<table>
<tr><td><u>MANHATTAN</u></td><td><u>LONG ISLAND</u></td></tr>
<tr><td>40 Fulton Street, 23rd Floor</td><td>1103 Stewart Avenue, Suite 200</td></tr>
<tr><td>New York, New York 10038</td><td>Garden City, New York 11530</td></tr>
<tr><td>Telephone: (212) 349-9000</td><td>Telephone: (516) 678-2800</td></tr>
<tr><td>Facsimile: (347) 408-0492</td><td>Facsimile: (516) 977-1977</td></tr>
<tr><td>E-mail: ed@saponepetrillo.com</td><td>E-mail: william@saponepetrillo.com</td></tr>
</table>

November 20, 2020

Hon. William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Sunita Kumar*
       Docket No.: 17-CR-703

Dear Judge Pauley:

  I am retained counsel to defendant Sunita Kumar. Ms. Kumar is scheduled for a change of plea hearing on Monday, November 23, 2020. I write to request an adjournment of Ms. Kumar's case. Ms. Kumar wishes to hold her change of plea hearing in-person, however, she suffered today an immune response that requires her to see a medical specialist.

  Having conferred with the government, the parties consent to adjourning the case to a date in December convenient for the Court. To the extent that the parties are prepared to move forward with a plea prior to any date set by the Court, we will seek to schedule a change of plea hearing with the Magistrate Court.

  Ms. Kumar asks that the Court exclude the time between today and any date set by the Court in December from the speedy trial clock.

  The Court's consideration is greatly appreciated.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone

Application granted. Conference adjourned to December 15, 2020 at 3:30 p.m. Time excluded in the interest of justice until December 15, 2020.
SO ORDERED:

[signature]
WILLIAM H. PAULEY III
U.S.D.J.

November 23, 2020