UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Sunita Kumar,

Defendant.

17-cr-703 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

The conference scheduled for December 22, 2020 at 1:00 p.m. will have a publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 983464412.

Dated: December 21, 2020
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.