UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                            :            17 Cr. 703 (WHP)

Sunita Kumar,                                                 :            <u>ORDER</u>
                      Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Court has received the Presentence Investigation Report.  It is bereft of financial information. The defendant is directed to produce complete financial information including tax returns forthwith to the Probation Office.

Dated: March 15, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.