# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

**MANHATTAN**
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

April 5, 2021

Hon. William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Sunita Kumar*
      Docket No.: 17-CR-703

Dear Judge Pauley:

I am retained counsel to defendant Sunita Kumar. Ms. Kumar is scheduled for sentencing on April 15, 2021. I write to respectfully request a four-week adjournment of the sentencing hearing.

The reason for this request is that we are in the process of collecting letters and other documents which we intend to incorporate into Ms. Kumar's sentencing submission for the Court's consideration under 18 U.S.C. §3553(a). While we are working diligently to secure all necessary documents and incorporate them into our sentencing submission, respectfully, more time is needed.

I have conferred with the government, by AUSA Christopher DiMase, who has no objection to this request.

The Court's consideration is greatly appreciated.

Application granted.  Sentencing adjourned to May 14, 2021 at 11:00 a.m.
SO ORDERED:

*/s/ Edward V. Sapone*
Edward V. Sapone

Respectfully submitted,

WILLIAM H. PAULEY III
U.S.D.J.

April 5, 2021

1