```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                          :         17 Cr. 703 (WHP)

Sunita Kumar,                              :         ORDER
                        Defendant.         :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

  Defendant Sunita Kumar failed to produce any information regarding her assets, liabilities, and financial condition in connection with preparation of the Presentence Investigation Report. On March 15, 2021 this Court ordered Defendant to provide financial information previously requested by the Probation Department. On April 22, 2021, Defendant submitted a bewildering dump of financial information that raises far more questions than it answers.

  Accordingly, this Court directs Defendant to submit a certified financial statement from her accountant by May 13, 2021. The sentencing currently scheduled for May 14, 2021 is adjourned <u>sine die</u> pending this Court's review of Defendant's finances.

Dated: April 29, 2021
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.