USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SUNITA KUMAR,

                Defendant.

No. 17-CR-703 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case was reassigned to me on July 16, 2021. The sentence is scheduled for September 9, 2021 at 2:00 p.m. Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases for the deadlines by which to file their submissions.

SO ORDERED.

Dated:    July 23, 2021
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge