# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner  
Edward V. Sapone, Esq., Partner

Michael Vitaliano Esq., Associate

<u>MANHATTAN</u>  
40 Fulton Street, 17th Floor  
New York, New York 10038  
Telephone: (212) 349-9000  
Facsimile: (347) 408-0492  
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>  
1103 Stewart Avenue, Suite 200  
Garden City, New York 11530  
Telephone: (516) 678-2800  
Facsimile: (516) 977-1977  
E-mail: bill@saponepetrillo.com

August 24, 2021

Hon. Ronnie Abrams  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street New York, NY 10007

> Application granted. The sentence is adjourned to October 21, 2021 at 2:00 p.m. and will be held in person.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 25, 2021

Re: *United States v. Sunita Kumar*  
<u>Docket No.: 17-CR-703</u>

Dear Judge Abrams:

    I am retained counsel to Defendant Sunita Kumar. Ms. Kumar is scheduled for sentencing on September 9, 2021. I write to respectfully request a six-week adjournment of the sentencing proceedings to October 21, 2021 at 2:00 p.m. or any further date convenient to Your Honor.

    We are in the process of collecting materials that we intend to incorporate into Ms. Kumar's sentencing submission for the Court's consideration under 18 U.S.C. §3553(a). Unfortunately, my progress has been impeded, because my wife has been recovering from a brain surgery.

    I have conferred with the government, by AUSA Christopher DiMase, who has no objection to this request.

The Court's consideration is greatly appreciated.

                                              Respectfully submitted,

                                              /s/ Edward V. Sapone
                                              Edward V. Sapone

Cc: AUSA Christopher DiMase, Esq