# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner

**MANHATTAN**
40 Fulton Street, 17th Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

Edward V. Sapone, Esq., Partner

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: bill@saponepetrillo.com

November 30, 2021

Hon. Ronnie Abrams
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The sentence is adjourned to January 24, 2022 at 9:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 1, 2021

*Re: United States v. Sunita Kumar, 17 CR. 703(RA)*

Dear Judge Abrams:

    I am counsel to Defendant Sunita Kumar who is scheduled to be sentenced before Your Honor on December 2, 2021 at 2:30 p.m. Due to personal reasons, I am writing to respectfully request an adjournment of Ms. Kumar's sentencing proceedings to Tuesday, January 24, 2022 at any time, or on any future date convenient to the Court. The Government, by AUSA Christopher DiMase, consents to this request.

    Your Honor's consideration is very much appreciated.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone

cc: AUSA Christopher DiMase