UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA,

            v.                                      Case No.: 17-CR-703 (RA)

SUNITA KUMAR                                        Order

                 *Defendant.*
-----------------------------------------------------------------------X

AND NOW, this 1st day of July, 2022, upon consideration of the letter motion of Defendant Sunita Kumar to remove Defendant's sentencing submission, filed on ECF on June 13, 2022 (Doc. 94), and good cause having been shown by Defendant, and found by this Court, it is hereby ordered:

The Defendant's letter motion, dated July 1, 2022, is GRANTED. Defendant's sentencing submission, filed on ECF on June 13, 2022, will be stricken from ECF.

It is further found and ordered that Defendant's revised sentencing submission, together with exhibits A-J, dated July 1, 2022, shall be filed on ECF.

                                                        SO ORDERED:

                                                        _____
                                                          RONNIE ABRAMS
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, NY
         July 1, 2022