

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: ***United States v. Sunita Kumar*, 17 Cr. 703 (RA)**

Dear Judge Abrams:

  The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

|  |  |
|---|---|
| SO ORDERED. | Respectfully submitted, |
|  | DAMIAN WILLIAMS<br>United States Attorney |
| _____<br>Ronnie Abrams, U.S.D.J.<br>June 12, 2023 | By:    /s/      <br>Christopher J. DiMase<br>Assistant United States Attorney<br>Tel.: (212) 637-2433 |