## SAPONE & PETRILLO, LLP

<u>MANHATTAN</u>

40 Fulton Street, 17th Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>

1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: bill@saponepetrillo.com

April 8, 2024

The Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 9, 2024

Re: <u>United States v. Sunita Kumar</u>
<u>Docket No.: 17-CR-703 (RA)</u>

Dear Judge Abrams:

    I am counsel to Defendant Sunita Kumar. I write to respectfully request that the Court order the release of Ms. Kumar's passport.

    On July 7, 2022, Your Honor sentenced Ms. Kumar to Time Served and three years of supervision. I have conferred with U.S. Pretrial Services ("USPTS"), by Sabrina Gargano, who has confirmed that Ms. Kumar's passport was sent by USPTS to the Department of State and that a court order is needed to release it to her.

    We, therefore, respectfully ask Your Honor to order the release of Ms. Kumar's passport. We have contacted the government several times but have not received a response as to whether or not it objects to this request. This is my first request for the return of the passport. I appreciate Your Honor's consideration.

Respectfully submitted,

<u>/s/ Edward V. Sapone</u>
Edward V. Sapone