UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SUNITA KUMAR,<br><br>Defendant. | No. 17-cr-703 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On November 26, 2024, the Court received Ms. Kumar's motion for early termination of supervised release. *See* Dkt. 115. The Government shall file a response no later than December 13, 2024, and Ms. Kumar shall file any reply by December 20, 2024.

SO ORDERED.

Dated:    November 27, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge