UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SUNITA KUMAR,

Defendant.

No. 17-cr-703 (RA)

MEMORANDUM
OPINION & ORDER

---

RONNIE ABRAMS, United States District Judge:

Before the Court is Defendant Sunita Kumar's motion for early termination of supervised release, which the Government does not oppose. On July 8, 2022, the Court sentenced Ms. Kumar on one count of health care fraud, in violation of 18 U.S.C. §§ 1347 and 2, to time served, three years of supervised release, $840,000 in restitution, a $95,000 fine and a $100 special assessment. Ms. Kumar fully paid off her monetary obligations in September 2023. She then filed the instant motion for early termination on November 26, 2024.

Pursuant to 18 U.S.C. § 3583(e)(1), a court may terminate a term of supervised release if the defendant has served more than one year of supervision and the court "is satisfied that early termination is warranted by the defendant's conduct and the interest of justice." As the Government acknowledges, Ms. Kumar has fully repaid her restitution, has fully complied with the terms of her supervised release, has under five months of supervised release remaining and has her probation officer's support in requesting early termination. *See* Dkt. 121. Accordingly, the Court finds the statutory standard met and grants Ms. Kumar's motion for early termination.

SO ORDERED.

Dated:   February 20, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge